**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 232 MAL 2019
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
DAVID M. MANILLA, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of September, 2019, the Petition for Allowance of Appeal
is **DENIED**.

     Justice Dougherty did not participate in the consideration or decision of this matter.